IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 2 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01248-BNB

MIKEAL GLENN STINE,

    Plaintiff,

v.

DR. S. NAFZIGER, ADX,
MR. A. OSAGIE, ADX, and
MR. WILEY, Warden ADX,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff Mikeal Glenn Stine initiated this action by filing a *pro se* Prisoner Complaint on June 14, 2007. Previously, Mr. Stine filed a prisoner complaint in Case No. 07-cv-00799-BNB, in which he raises claims that are related to the claims that he sets forth in the instant action. On July 10, 2007, Mr. Stine filed a Motion to Consolidate. In the Motion, Mr. Stine requests that the Court consolidate the instant case with Case No. 07-cv-00799-BNB. Magistrate Judge Boyd N. Boland, on July 13, 2007, denied the Motion and instructed Plaintiff, in the interest of judicial economy, to voluntarily dismiss one of his actions. Plaintiff was instructed to file all of the claims that he asserts in both the instant action and in Case No. 07-cv-00799-BNB in either the instant action or in Case No. 07-cv-00799-BNB.

On July 25, 2007, Mr. Stine filed a Notice of Voluntary Dismissal in the instant action. In the Notice, Mr. Stine states that he has filed the Notice in compliance with the Court's July 13, 2007, Order and requests that the Court dismiss the instant action.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) ($2^d$ ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 $F.2^d$ 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of July 25, 2007. **See Hyde Constr. Co.**, 388 $F.2^d$ at 507. Accordingly, it is

ORDERED that the Notice of Dismissal is effective as of July 25, 2007, the date Mr. Stine filed the Notice in the action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff. It is

FURTHER ORDERED that all pending motions are denied as moot. It is

FURTHER ORDERED that the Clerk of the Court is instructed to send to Plaintiff copies of Document Nos. 5, 6, 7, 8, and 10.

DATED at Denver, Colorado, this 2 day of Aug, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01248-BNB

Mikeal Stine
Reg. No. 55436-098
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and copies of Document No. 5, 6, 7, 8, and 10 in above case** to the above-named individuals on  8/2/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk