IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01248-ZLW

MIKEAL GLENN STINE,

    Plaintiff,

v.

DR. S. NAFZIGER,
MR. A. OSAGIE, ADX, and
MR. WILEY, Warden ADX,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    On March 19, 2010, Plaintiff filed a Motion for Amended Court Order in which he requests that the Court revise his monthly filing fee payment. Monthly filing fee payments are provided for under 28 U.S.C. § 1915(b). The Court lacks discretion to revise the payments. Therefore, the Motion (Doc. No. 16) is DENIED.

Dated: April 5, 2010